# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA RICHARDSON, | Case No.: 1:20-cv-1765 JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | (Doc. 13) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On May 21, 2021, the parties stipulated for Plaintiff to have an extension of thirty days to serve her confidential letter brief. (Doc. 13) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5-1 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve her confidential letter brief no later than **July 21, 2021**.

IT IS SO ORDERED.

Dated: __**May 25, 2021**__  _____ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE