UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA RICHARDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-1765 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

On August 26, 2021, the Commissioner filed a motion for an extension of thirty days to serve a response to Plaintiff's confidential letter brief. (Doc. 17.) The Scheduling Order allows for one extension of thirty days by stipulation of the parties. (Doc. 5-1 at 3.) Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id.*)

S. Wyeth McAdam, counsel for the commissioner asserts the extension of time is necessary "[d]ue to the volume of the overall workload within the… Region IX Office." (Doc. 17 at 2.) Ms. McAdam explains that she has "resigned from her position" effective September 10, 2021, and over the next month she "has 16 briefs due in district court cases." (*Id.*) Ms. McAdam reports that it was not possible for her or another attorney "to complete review of the record, consider the issues Plaintiff raised in her confidential letter brief, and explore potential options for settlement" by the deadline if August 26, 2021. (*Id.*) Therefore, the Commissioner requests an extension of thirty days, until

1

September 27, 2021, to serve a response to Plaintiff's confidential letter brief. (*Id.*) Further, Ms. McAdam reports Plaintiff's counsel "does not oppose this motion." (*Id.*) Based upon the information provided, the Court **ORDERS**:

    1.    The motion for an extension of time (Doc. 17) is **GRANTED**; and

    2.    The Commissioner **SHALL** serve a response to the confidential letter brief no later than **September 27, 2021**.

IT IS SO ORDERED.

Dated: **August 29, 2021**                    /s/ Jennifer L. Thurston
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE