1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 MELINDA RICHARDSON, | ) | Case No.: 1:20-cv-1765 JLT |
| | ) | |
| 12          Plaintiff, | ) | ORDER GRANTING THE COMMISSIONER'S REQUEST FOR A FURTHER EXTENSION OF |
| | ) | TIME |
| 13      v. | ) | |
| | ) | |
| 14 COMMISSIONER OF SOCIAL SECURITY, | ) | (Doc. 20) |
| | ) | |
| 15          Defendant. | ) | |
| | ) | |
| 16 _____ | ) | |

17       On September 29, 2021, the Commissioner filed a motion for an extension of thirty days to

18 serve a response to Plaintiff's confidential letter brief.  (Doc. 20.)  The Scheduling Order allows for one

19 extension of thirty days by stipulation of the parties.  (Doc. 5-1 at 3.)  Beyond the single extension by

20 stipulation, "requests to modify [the scheduling] order must be made by written motion and will be

21 granted only for good cause."  (*Id.*)

22       Tina Naicker, counsel for the commissioner asserts the further extension of time is necessary

23 due to a "heavy caseload and recent transfer of the case."  (Doc. 20 at 1.)  Ms. Naiker reports that she

24 was recently assigned to the action "following the departure of the former attorney of record."  (*Id.*)  In

25 addition, Ms. Naiker reports that she now has over 75 active cases, "with three or more dispositive

26 motions per week due to until late-October."  (*Id.*)  Therefore, the Commissioner requests an extension

27 of thirty days, until October 27, 2021, to serve a response to Plaintiff's confidential letter brief.  (*Id.*)

28 Further, Plaintiff's counsel has stipulated to the extension and does not oppose the request.  (*Id.* at 2.)

Based upon the information provided and good cause appearing, the Court **ORDERS**:

1.      The request for a further extension of time (Doc. 20) is **GRANTED**; and

2.      The Commissioner **SHALL** serve a response to the confidential letter brief no later than **October 27, 2021**.

IT IS SO ORDERED.

Dated:   **September 30, 2021**                    _____ **/s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE